**Denied and Opinion Filed November 4, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-22-01062-CV
_____

## IN RE MELISSA LARSEN, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-04344**

## MEMORANDUM OPINION
Before Chief Justice Burns and Justices Partida-Kipness and Smith
Opinion by Justice Partida-Kipness

In this original proceeding, relator challenges the trial court's order denying relator's motion to release an abstract of judgment. Relator seeks a writ of mandamus ordering the trial court to vacate that order and either (1) render a judgment that "partially removes the Abstract of Judgment recorded by AC Square only as to the Property" or (2) "enter an order designating the Property as Relator Melissa Larsen's homestead."

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown she is entitled to

the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we deny relator's petition for writ of mandamus.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

221062F.P05